### STATE v. FARSONS, a Negro Man.

Court of Quarter Sessions. Kent. May, 1794.

*Bayard's Notebook, 85.**

---

* This case is also reported in *Wilson's Red Book, 21.*

*Bayard,* for the State, objected to the competency of the witness on the ground of the Act of Assembly, February, 1787 [2 Del.Laws 887], and cited *Collins v. Hall, ante. Miller,* for defendant, relied on the case of the *State v. Bender, ante,* and stated that Hut was the only witness present at the transaction.

[PER] CURIAM. *Collins v. Hall* has no application to this case; the *State v. Bender* was decided on the principle of necessity. The witness is not seeking redress and therefore not within the clause in the Act of Assembly relied on by the court in the *State v. Bender.* We consider him incompetent on the ground of the Act of Assembly.